

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00691-CV

Emigdia **DEMAGALONI**,
Appellant

v.

**BEXAR COUNTY HOSPITAL DISTRICT** d/b/a University Health System,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 363948
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee, Bexar County Hospital District d/b/a University Health System, recover its costs of this appeal from appellant, Emigdia DeMagaloni.

SIGNED September 11, 2013.

_____
Catherine Stone, Chief Justice